# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: dbas | Date Created: 4/29/2020 |
| Case: 19−20229−GLT | Form ID: 309 | Total: 20 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          BANK OF AMERICA, N.A.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee          ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour          cmecf@chapter13trusteewdpa.com
aty         Anthony M. Moody          amoody@moodylawoffices.com
aty         Jodi L. Hause          jodi.hause@phelanhallinan.com
aty         Mario J. Hanyon          pawb@fedphe.com
aty         Robert P. Wendt          pawb@fedphe.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Edwin J. Hornfeck          117 Neff Lane          Lowber, PA 15660−1027
cr          PRA Receivables Management, LLC          PO Box 41021          Norfolk, VA 23541
cr          BANK OF AMERICA, N.A.          PO BOX 31785          TAMPA, FL 33631−3785
14989151    Ally Financial          PO Box 130424          Roseville MN 55113−0004
14980295    Bank Of America          P.O. Box 3185          Tampa, FL 33631−3785
14980294    Bank of America          7105 Corporate Drive          Plano, TX 75024
15020089    Bank of America, N.A.          PO BOX 31785          Tampa FL 33631−3785
15015164    Directv, LLC          by American InfoSource as agent          PO Box 5008          Carol Stream, IL 60197−5008
15001065    MIDLAND FUNDING LLC          PO Box 2011          Warren, MI 48090
14981323    PRA Receivables Management, LLC          PO Box 41021          Norfolk, VA 23541
14980296    Phelan Hallinan Diamond & Jones, PLLC          Attn: Abigail Brunner, Esq.          One Penn Center          1617 JFK Boulevard − Suite 1400          Philadelphia, PA 19103
15004398    Wells Fargo Bank N.A., d/b/a Wells Fargo Auto          PO Box 130000          Raleigh NC 27605
14980297    Westmoreland County Sheriff's Office          2 North Main St.          Greensburg, PA 15601

TOTAL: 13